**JAMES HAWKINS APLC**
James R. Hawkins (SBN 192925)
 *James@Jameshawkinsaplc.com*
Christina M. Lucio (SBN 253677)
 *Christina@Jameshawkinsaplc.com*
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

Attorneys for Plaintiff JOSE SOTO

**VORYS, SATER, SEYMOUR AND PEASE LLP**
Jocelyn M. Hoffman (SBN 332297)
 *jmhoffman@vorys.com*
4675 MacArthur Court, Suite 700
Newport Beach, California 92660
Telephone:  (949) 526-7906
Facsimile: (949) 383-2387

Attorneys for Defendant SAFELITE FULFILLMENT, INC.

*(Additional Counsel Listed on Next Page)*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| JOSE SOTO, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SAFELITE FULFILLMENT, INC., DBA SAFELITE AUTO GLASS, a Delaware Corporation; BARRETT BUSINESS SERVICES, INC., a Maryland Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 5:22-cv-02092-ODW(AGRX)<br><br>Hon.  Otis D. Wright, II<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Complaint Filed:  August 5, 2022 |

1
2 **ADDITIONAL COUNSEL**
3
4 **VORYS, SATER, SEYMOUR AND PEASE LLP**
Adam J. Rocco (Ohio Bar No. 0083807)*
5   *ajrocco@vorys.com*
Michael J. Shoenfelt (Ohio Bar No. 0091154)*
6   *mjshoenfelt@vorys.com*
52 East Gay Street
7 Columbus, Ohio 43215
Telephone: (614) 464-5497
8 Facsimile: (614) 719-4760

9 **Admitted pro hac vice*

10 Attorneys for Defendant SAFELITE
FULFILLMENT, INC.
11
**ATKINSON, ANDELSON, LOYA, RUUD & ROMO APLC**
12 Susan M. Steward (SBN 224805)
         SSteward@aalrr.com
13 12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
14 Telephone: (562) 653-3200
Fax: (562) 653-3333
15
Attorneys for Defendant BARRETT
16 BUSINESS SERVICES, INC.

17
18
19
20
21
22
23
24
25
26
27
28

- 1 -
JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff JOSE SOTO ("Plaintiff"), and Defendants SAFELITE FULFILLMENT, INC., DBA SAFELITE AUTO GLASS and BARRETT BUSINESS SERVICES, INC., by and through their counsel of record, hereby request that the above-captioned action be dismissed without prejudice in its entirety. Neither party shall be deemed a prevailing party based upon this dismissal.

Dated: April 26, 2024        Respectfully Submitted,

**JAMES HAWKINS, APLC**

*/s/ Christina M. Lucio*_____
James R. Hawkins, Esq.
Christina M. Lucio, Esq.

Attorneys for JOSE SOTO

Dated:  April 26, 2024        **VORYS, SATER, SEYMOUR AND PEASE LLP**

By: */s/ Adam J. Rocco*_____
Adam J. Rocco
Michael J. Shoenfelt
Jocelyn M. Hoffman

*Attorneys for* SAFELITE FULFILLMENT, INC.

Dated: April 26, 2024

**ATKINSON, ANDELSON, LOYA, RUUD & ROMO APLC**

By:  */s/ Susan M. Steward*
Susan M. Steward
*Attorneys for*
BARRETT BUSINESS SERVICES, INC.

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Christina M. Lucio*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2024 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Central District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: April 29, 2024          */s/ Christina M. Lucio*
                               Christina M. Lucio