JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| JOSE SOTO,<br><br>       Plaintiff,<br><br>       v.<br><br>SAFELITE FULFILLMENT, INC. ET AL.,<br><br>       Defendants. | Case № 5:22-cv-02092-ODW (AGRx)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |



The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice the above-entitled action. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

April 29, 2024

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**